**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00796-BNB

RICHARD J. ENRIGHT,

    Plaintiff,

v.

COSTCO WHOLESALE,
CYNTHIA CORDELL,
BRIAN BLANK,
ROBERT HICOK,
DENNIS ZOOK,
CRAIG JELINEK,
RICHARD (DICK) DiCERGIO, and
JAMES D. SINEGAL,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 21, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00796-BNB

Richard J Enright
2396 Klein Place
Colorado Springs, CO 80951

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on April 21, 2011.

                             GREGORY C. LANGHAM, CLERK

                         By: _____
                                 Deputy Clerk