IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 - 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00796-CMA-MJW

RICHARD J. ENRIGHT,

    Plaintiff,

v.

COSTCO WHOLESALE,
CYNTHIA CORDELL,
BRIAN BLANK,
ROBERT HICOK,
DENNIS ZOOK,
CRAIG JELINEK,
RICHARD (DICK) DiCERGIO, and
JAMES D. SINEGAL,

    Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause is before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendants. If appropriate, the Marshal

shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.

DATED: April __27__, 2011

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00796-CMA-MJW

Richard J. Enright
2396 Klein Place
Colorado Springs, CO 80951

US Marshal Service
Service Clerk
Service forms for: Costco Wholesale, cynthia Cordell, Brian Blank,
Robert Hicok, Dennis Zook, Craig Jelinek, Richard Dicergio, and James D. Sinegal

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Costco Wholesale, Cynthia Cordell, Brian Blank, Robert Hicok, Dennis Zook, Craig Jelinek, Richard Dicergio, and James D. Sinegal: TITLE VII COMPLAINT FILED 03/29/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on May 2, 2011.

                                                GREGORY C. LANGHAM, CLERK

                                                By: _____
                                                           Deputy Clerk