IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv–00796-CMA-MJW

RICHARD J. ENRIGHT,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

Defendant.

## MINUTE ORDER
**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant's Motion to Vacate Scheduling Conference and Set Status Conference (Docket No. **45**), filed with the court August 31, 2011, is DENIED.  The Scheduling Conference will proceed on September 14, 2011, 9:30 a.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.

Date:  September 6, 2011