IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00796-CMA-MJW

RICHARD J. ENRIGHT,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO VACATE AND RESCHEDULE SETTLEMENT CONFERENCE
( Docket No. 57 )

This matter, having come before the Court on Defendant's Unopposed Motion to Vacate and Reschedule Settlement Conference (the "Motion"), and the Court, being duly advised in the premises, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED that the Settlement Conference scheduled for November 30, 2011 at 9:30 a.m. is VACATED and rescheduled to commence on February 15, 2012 at 1:30 p.m. Confidential settlement statements are to be filed no later than February 8, 2012.

DATED: November 28, 2011.

BY THE COURT:

/s/ Michael J. Watanabe
Magistrate Judge Michael J. Watanabe
United States District Court