IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00796-CMA-MJW

RICHARD J. ENRIGHT,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO (1) VACATE DEPOSITIONS; (2) EXTEND THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL; (3) VACATE THE SETTLEMENT CONFERENCE; AND (4) EXTEND THE DISCOVERY CUTOFF DATE**
( Docket No. 63 )

---

This matter, having come before the Court on the Stipulated Motion to (1) Vacate Deposition; (2) Extend the Time for Defendant to Respond to Plaintiff's Motion to Compel; (3) Vacate the Settlement Conference; and (4) Extend the Discovery Cutoff Date (the "Motion"), and the Court, being duly advised in the premises, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED:

(1)     The depositions currently scheduled for January 17 and 18, 2012 are VACATED;

(2)     Defendant shall have ten (10) days within which to respond to Plaintiff's Motion to Compel after the Judge rules on the Magistrate Judge's Recommendation;

(3)  The Settlement Conference currently scheduled for February 15, 2012 at 1:30 p.m. is VACATED; and

(4)  Discovery cutoff date is hereby extended until sixty (60) days after the Judge rules on the Magistrate Judge's Recommendation.

DATED this 19th day of January, 2012.

BY THE COURT:

Magistrate Judge Michael J. Watanabe
United States District Court