IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00796-CMA-MJW

RICHARD J. ENRIGHT,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING JANUARY 6, 2012 REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

The above-captioned civil action was referred to United States Magistrate Judge Michael J. Watanabe pursuant to 28 U.S.C. § 636. (Doc. # 6.) On January 6, 2012, the Magistrate Judge issued a Report and Recommendation (Doc. # 62) on Defendant's "Rule 12(b)(6) Motion to Dismiss or in the Alternative Motion for a More Definite Statement Pursuant to Rule 12(e)" (Doc. # 26). The Magistrate Judge recommended that the Court grant Defendant's Motion "such that the Amended Complaint and Jury Demand be dismissed pursuant to Fed. R. Civ. P. 12(b)(6)." (Doc. # 62 at 12.) On January 18, 2012, Plaintiff filed Objections to the Report and Recommendation (Doc. # 65), and Defendant filed a Response on February 6, 2012 (Doc. # 67).

As required by 28 U.S.C. § 636(b), the Court has conducted a *de novo* review of this matter, including carefully reviewing all relevant pleadings, the Report and Recommendation, Plaintiff's Objections to the Report and Recommendation, and

Defendant's Response to Plaintiff's Objections. Based on this *de novo* review, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and is not called into question by Plaintiff's Objections.[1]

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. # 62) filed January 6, 2012, is AFFIRMED and ADOPTED as an Order of this Court.

2. The objections raised in "Plaintiff's Objections to Recommendation of Magistrate Judge" (Doc. # 65) filed January 18, 2012, are OVERRULED.

3. Pursuant to the Report and Recommendation, Defendant's "Rule 12(b)(6) Motion to Dismiss or in the Alternative Motion for a More Definite Statement Pursuant to Rule 12(e)" (Doc. # 26) is GRANTED as to Fed. R. Civ. P. 12(b)(6).

4. The case is DISMISSED WITH PREJUDICE.

5. Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of the Court within ten days of the entry of judgment. However, each party shall bear its own attorneys' fees.

DATED: February  15 , 2012

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] The only exception to this statement concerns two minor factual errors that do not affect the outcome of this case. First, Plaintiff's defective Complaint in 11-cv-00354 states that he filed a charge of discrimination with the EEOC or other appropriate administrative agency on October 6, 2010, not December 6, 2010, as the Magistrate Judge indicated in the Report and Recommendation. (*Compare* Doc. # 1 at 2 in 11-cv-00354 *with* Doc. # 62 at 1 in the instant case.) Second, Plaintiff's unsigned Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915 is at Doc. # 2 in 11-cv-00354, not Doc. # 1 as the Magistrate Judge stated here. (*Compare* Doc. # 2 in 11-cv-00354 *with* Doc. # 62 at 2 in this case.)